1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

FILED
JUL 16 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___A. JESSEN___
        DEPUTY CLERK


SEALED

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO.: 1:15 CR 00190 LJO SKO

            Plaintiff,                   MOTION AND PROPOSED ORDER TO
12                                       SEAL INDICTMENT
         v.
13
    PABLO CESAR SAHAGUN,
14
            Defendant.
15

16

17

18
         The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal
19
    Procedure, to order and direct that the Indictment returned by the Grand Jury on March 26, 2015,
20
    charging the above defendant with 18 U.S.C. § 922(g)(1) – Prohibited Person in Possession of
21
    Ammunition; and 18 U.S.C. §§ 924(d) and 924(d)(1) and other charges including a Criminal Forfeiture
22
    allegation be kept secret until the defendant named in this Indictment are either in custody or have been
23
    given bail on these offenses; and further order that until such time as the defendants are in custody or
24
    have been
25
    ///
26
    ///
27
    ///
28

given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: July 16, 2015

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Karen Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July 16, 2015

/s/ Sheila K. Oberto
U.S. Magistrate Judge