**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for
PABLO CESAR SAHAGUN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PABLO CESAR SAHAHGUN,<br><br>                    Defendant | ) Case No. 1:15-cr-00190-LJO<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE STATUS CONFERENCE**<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA

K. OBERTO AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

        **COMES NOW** Defendant, PABLO CESAR SAHAGUN, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Status Conference currently set for

Monday, November 2, 2015 be continued to Monday, November 30, 3015.

        On October 28, 2015 I received an offer from AUSA Karen Escobar.  I am requesting a

continuance in order to meet and convey the offer with my client.  I have spoken to AUSA Karen

Escobar, and she has no objection to continuing the Status Conference.

        The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 10/29/15                                        */s/ David A Torres* _____

DAVID A. TORRES
Attorney for Defendant
PABLO CESAR SAHAGUN

DATED: 10/29/15                                        */s/Karen Escobar* _____

KAREN ESCOBAR
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated:   **October 29, 2015**                _____ **/s/ Sheila K. Oberto**

UNITED STATES MAGISTRATE JUDGE