**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PABLO CESAR SAHAGUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PABLO CESAR SAHAGUN,<br><br>Defendant | Case No. 1:15-CR-00190-DAM-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PABLO CESAR SAHAGUN, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, April 4, 2016, be continued to Monday, April 11, 2016.

I recently began trial in the matter of People v. Castro; BF154926A in Kern County Superior Court.  Mr. Castro is charged with second degree murder.  Trial is anticipated to last until May, however, the court will be dark from April 11, 2016 through April 22, 2016.  I have spoken to AUSA Karen Escobar, and she has no objection to continuing the sentencing hearing to April 11, 2016, at a time convenient to the court.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 3/29/16                                              */s/ David A Torres*
                                                            DAVID A. TORRES
                                                            Attorney for Defendant
                                                            PABLO CESAR SAHAGUN


DATED: 3/29/16                                              */s/Karen Escobar*
                                                            KAREN ESCOBAR
                                                            Assistant U.S. Attorney


## ORDER

Pursuant to the stipulation of the parties and for good cause shown, the sentencing hearing for the above named defendant is continued from April 4, 2016, to April 11, 2016, at 10:00am in Courtroom 5 before U.S. District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **March 29, 2016**                                _____
                                                            UNITED STATES DISTRICT JUDGE

2