UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO CESAR SAHAGUN,<br><br>Defendant. | Case No.  1:15-cr-00190-DAD-BAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. At the request of the defense, this Court continued sentencing in this matter to April 11, 2016.
2. However, one of the government's victim witnesses is unavailable on that date.
3. Due to the unavailability of the witness, by this stipulation, the parties agree to continue the matter to April 18, 2016, when both of the government's victim witnesses are available.

////

////

////

////

1

IT IS SO STIPULATED.

DATED:     March 30, 2016.           Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     March 30, 2016.

/s/ David Torres
DAVID TORRES
Counsel for Defendant Sahagun

**O R D E R**

Pursuant to the parties' stipulation and for good cause shown, the sentencing hearing for the above named defendant is continued from April 11, 2016, to April 18, 2016, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **March 31, 2016**                    _____
                                               UNITED STATES DISTRICT JUDGE