PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00190-DAD-BAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| PABLO CESAR SAHAGUN, | |
| Defendant. | |

WHEREAS, on January 13, 2016, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Pablo Cesar Sahagun, in the following property:

      a. One black key-activated laser pointer emitting a green laser beam and bearing the words "Laser 301," and containing a blue, black, and silver danger warning.

AND WHEREAS, beginning on February 20, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited

property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Pablo Cesar Sahagun.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **June 20, 2016**

_____
UNITED STATES DISTRICT JUDGE